Julius S. Neale, as Trustee Under Trust Agreement Dated July 26, 1943, Plaintiff, v. Archie Parks et al., Defendants.
Elizabeth Druggan, Counterplaintiff-Appellee, v. Julius S. Neale, as Trustee, and Archie Parks, Counterdefendants-Appellants.

Gen. No. 45,440.

Martin G. Loeff, for appellants; Francis M. Lowes, for appellee; Francis M. Cooper, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed December 19, 1951; released for publication January 7, 1952.